JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>FEATURE LLC,<br><br>    Defendant. | Case No. 2:25-cv-02824-SB-SSC<br><br>ORDER OF DISMISSAL |

Pursuant to Plaintiff's notice of voluntary dismissal (Dkt. No. 15), this action is hereby dismissed. Fed. R. Civ. P. 41(a)(1). Plaintiff's individual claims are dismissed with prejudice, and the putative class claims are dismissed without prejudice. The May 30, 2025 mandatory scheduling conference is vacated.

The clerk shall close the case.

Date: May 7, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge